IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

__✓ FILED        ___ LODGED
___ RECEIVED    ___ COPY

JUN 1 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___        DEPUTY

NATIVE AMERICAN CEREMONIAL DRUMS
GROUP AND OTHERS (Attached),

Plaintiff,

V.

COLLETTE PETERS, DIRECTOR OF
BUREAU OF PRISONS, R.A. HEISNER,
WARDEN OF FCI PHOENIX, JOHN DOE(S)
SUED IN THEIR INDIVIDUAL CAPACITIES, AND
SUED IN THEIR OFFICIAL CAPACITIES,

Defendants.

CV-23-01107-PHX-DJH (CDB)
CASE NO._____

CIVIL RIGHTS COMPLAINT
BY PRISONERS

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE **CIv.L.R.5.4**
(Rule Number/Section)

COMPLAINT WITH JURY DEMAND

Introduction

This is a Civil Rights Action filed by Native American Ceremonial Drums Group, and listed Plaintiffs, herein referred to as "Plaintiff", federal prisoners, for damages and injunctive relief under 42 U.S.C. §1983, alleging religious rights violations in violation of the First, Eighth, and Fourteenth Amendment, to the United States Constitution, and a violation of the Religious Freedom Restoration Act (RFRA).

The First Amendment to the Constitution protects the "free exercise" of religion. The Supreme Court has held that "reasonable opportunities must be afforded to all prisoners to exercise the religious freedom guaranteed by the first and

(1)

fourteenth amendments without fear of penalty." (See, Cruz v. Beto, 405 U.S. 319, 322 n. 2, 92 S.Ct. 1079 (1972))

To provide greater protection for everyone's religious rights, Congress in 1993 passed the Religious Freedom Restoration Act (RFRA). The RFRA, provides protection of the First Amendment and governs federal institutions to be protected by RFRA, beliefs must meet two requirements: First, the belief must be religious and second, they must be sincerely held. For the First Amendment and RFRA purposes, courts have treated a variety of belief systems as religious, including Native American Religions.

On March 23, 1992, The United States Supreme Court affirmed the fact that prison guards and officials can be held personally liable for retaliatory or harassment searches or searches leaving an inmates cell in disarray. (See, Scher v. Engelke, 943 F. 2d 921 (8th Cir. 1991) Cert Denied, 503 U.S. 952, 112 S.Ct. 1516, 117 L. Ed 652 (1992). Scher held that the scope Eighth Amendment protection is broader than mere infliction of physical pain.

## Jurisdiction

1. The Court has jurisdiction over the Plaintiffs' claim of violation of federal constitutional rights under 42 U.S.C. §§ 1331(1) and 1343.

## Parties

2. The Plaintiffs have been incarcerated at Federal Correctional Institution Phoenix during the events described in this complaint.

3. Defendants John/Jane Doe(s) are Federal Bureau of Prison employees during the events described in this complaint.

4. Defendant John/Jane Doe(s) is a correctional officer employed at FCI Phoenix whose name is presently unknown to Plaintiff. That person(s) are being sued in his/her individual capacity.

5. Defendant Collette Peters is the Director of Prisons for the Federal Bureau of Prisons is ultimately responsible for ensuring policy at the Federal Bureau of Prisons. She is being sued in her official and individual capacities.

6. Defendant R.A. Hiesner is the Warden at the Federal Bureau of Prison at the Phoenix, Arizona location and is ultimately responsible for ensuring policy at the Phoenix location. He is being sued in his official and individual capacities.

7. Defendants John/Jane Doe(s) are previous Warden(s) at the Federal Bureau of Prison at the Phoenix, Arizona location and were ultimately responsible for ensuring policy at the Phoenix location. He/She is being sued in his official and individual capacities.

8. All Defendants have acted, and continue to act, under color of state and Federal/State law at all times relevant to this compliant.

Facts

9. Since, on or about January 2020, the Native American population at FCI Phoenix have not had access to a sweat lodge. The sweat lodge is for cleansing and purification of the emotional, physical, psychological and spiritual well-being during religious gatherings.

10. Since, on or about January 2020, the Native American population at FCI Phoenix have not had a traditional spiritual leader. The traditional leader is needed to lead and instruct in ancient practices, songs, prayers as well as provide traditional counsel.

(3)

11. On or about, between February 8, 2023 to February 24, 2023 an FCI staff member and/or correctional officer (John/Jane Doe(s)) violently slashed sacred ceremonial drums. The prison was locked down during the period of time, of the hate crime. (see attached letters concerning ceremonial drums exhibit)

## Exhaustion Of Administrative Remedies

12. The Plaintiffs have exhausted their administrative remedies with respect to all claims and all defendants. As defined by the Supreme Court, administrative remedy is not capable of being obtained "when it operates as a simple dead-end with prison officials"., See, <u>Ross v. Blake</u>, 136 S.Ct. 1850, 1860, 1862, 195 L.Ed 117 (2016) (Citing, <u>Davis v. Hernandez</u>, 798 F.3d 290, 295 (5th Cir. 2015). The plaintiff's have been without sweat lodge for several years, one example of a dead-end.

## Claims For Relief

13. The Actions of Defendants John/Jane Doe(s) correctional officers in destroying sacred ceremonial drums without need or provocation, was done maliciously and sadistically and constitutes a hate crime against the Native American Community, incarcerated and not incarcerated which is against the heart beat of the United States Constitution.

14. The Defendant(s) Collette Peters, R.A. Hiesner and John/Jane Doe(s) previous Wardens at FCI Phoenix failure to act, in action in providing the religious needs of the incarcerated Native American community at FCI Phoenix falls under the RFRA and protection of the First Amendment of the United States Constitution, violating religious practice and freedoms.

(4)

- The Federal Bureau of Prisons has failed to provide FCI Phoenix's Native Americans a sweat lodge, since January 2020. The Sweat Lodge is a center of practice for cleansing, and purification of the emotional, physical, psychological and spiritual well being during religious gatherings.

- The Federal Bureau of Prisons has failed to provide FCI Phoenix's Native American a traditional spiritual leader. The traditional leader is needed to lead and instruct in ancient practices, songs, prayers as well as provide traditional counsel. This failure has continued from January 2020.

## Relief Requested

Wherefore, Plaintiff(s) request that the Court grant the following relief:

A. Issue A Declaratory Judgment Stating That:

1. The physical destruction of sacred Native American Ceremonial Drums, by John/Jane Doe(s) correctional officers constitutes a hate crime under Federal and State law.

2. The in-action, for years, by defendants R.A. Hiesner, Collette Peters and John/Jane Doe(s) previous Warden in providing the religious needs of the Native American Community at FCI Phoenix.

Violates the protection that RFRA and the First Amendment of the United States Constitution provides, further violating religious exercise, practice and freedoms.

B. Issue An Injunction Ordering Defendants Collette Peters And R.A. Hiesner or their agents to:

1. To investigate and terminate all person(s) included in the malicious, sadistic hate crime in the destruction of the Native American Ceremonial Drums.

2. To put a committee together to investigate FCI Phoenix and its practices, policy and communication with the Native American Community at FCI Phoenix.

3. To immediately provide assistance in finding a spiritual leader to the Native American Community.

4. To immediately, with time-line, to provide the Native American Community at FCI Phoenix with a Sweat Lodge and all that is include and entailed in providing said Sweat Lodge.

5. To immediately, with time-line, to provide sensitivity training for all Bureau of Prisons employee in relation to incarcerated Native Americans.

Award compensatory and punitive damages as this Court finds correct and just jointly and severally against Collette Peters, Director of Bureau of Prisons (BOP), R.A. Heisner, Warden of FCI Phoenix, John Doe(s)' as identified by this Court. Grant such other relief as it may appear that Plaintiff is entitled.

June 1, 2023

Respectfully Submitted,

Wade Lawrence Duchaine

Other Plaintiffs Listed As Follows (See Attachments)

PLAINTIFFS

| NAME | REG. NO. | TRIBAL ID NUMBER |
|------|----------|------------------|
| Stanley Dashee | 46755-408 | Tribal ID: 00001571 |
| Nicholas Lister | 56543-509 | Tribal ID: |
| Brandon Lanier | 92591-509 | Tribal ID: |
| Jared Atlzins | 35981-508 | Tribal ID: |
| Rodger Etsitty | 35832-508 | Tribal ID: |
| Treas Wilson | 07192-051 | Tribal ID: |
| Antony Nelee | 31411-508 | Tribal ID: |
| Leland Buckinghorse | 35546-408 | Tribal ID: |
| Crandell Casey | 40673-013 | Tribal ID: |
| Andrew King | 53952-509 | Tribal ID: |
| Randly Begay | 89376-308 | Tribal ID: |
| Lloyd Onestar | 16734-273 | Tribal ID: |
| Johnson Ootiz | 13224-508 | Tribal ID: |
| Rander Wallen | 99074-408 | Tribal ID: |
| Terrell Lupe | 75835-408 | Tribal ID: |
| Andrew Homer | 71350-408 | Tribal ID: |
| Sonner Johnson | 94631-008 | Tribal ID: |
| Andrew Litteman | 09645-508 | Tribal ID: |
| Leonard Franklin | 46842-408 | Tribal ID: |
| David Muskrat | 12362-046 | Tribal ID: |
| Nolan Lewis | 54782-408 | Tribal ID: |
| Brandon Jim | 02830-151 | Tribal ID: |
| Larry Burr | 48143-051 | Tribal ID: |
| Patrick Walela | 95052-051 | Tribal ID: |

| NAME | REG. NO. | TRIBAL ID NUMBER |
|------|----------|------------------|
| Leon Jones | 06451508 | |
| ★ CARLOS D. ANTONE | 65689.408 | Tribal ID: 630,211 |
| Trevor Littleman | 93088051 | Tribal ID: |
| Kevin Marquez | 05810-151 | Tribal ID: |
| ✱ ADRIAN ANTONE | #20222508 | Tribal ID: |
| Malcolm Tsavadawa | #02292508 | Tribal ID: |
| ✱ Justin mike ✱ | #18903509 | Tribal ID: |
| ✱ Jim Brennon | #32087 051 | Tribal ID: |
| Sebastian Benally | #18005-509 | Tribal ID: |
| Ray T. Nells | #95765-408 | Tribal ID: 605,662 |
| Steven Ivins | #44519408 | Tribal ID: |
| Francis Wordy | #02293151 | Tribal ID: |
| Josiah Kindelay | 55136-509 | Tribal ID: |
| Lomayaktewa, Desmond | #76091408 | Tribal ID: |
| Ardell Caddo — #12298-008 | | Tribal ID: |
| ✱ Christopher Flores #14499208 | | Tribal ID: |
| ✱ Marvin Enos #22821508 | | Tribal ID: |
| Augustine Apkaw | | Tribal ID: ~~44,712~~ 22,714 |
| MICAH Butler #17163508 | | Tribal ID: |
| Frank Young #30964-408 | | Tribal ID: 337, 539 |
| Martandow Begay #79811809 | | Tribal ID: |
| ROBERT WILSON #72134008 | | Tribal ID: |
| CARL ROMERO #48390-051 | | |
| Hermad Cesina #62817008 | | |
| Gray, Ronald #99780-408 | | |
| Dvel Wade #7712-059 | | |
| VICTOR SILVERSMITH #94832509 | | |
| Miguel Corella  #01636506 | | |
| Richard Johns  #03781151 | | |

✱ is one who will sign document.

Vinton Bedonie #02187-081
Ernesto Valencia #68894-308
Gillert Miquel #84568-509
GARRETT TASHQUINTH #5935509
Gasper Juston 97914051
Cody Isvar 52836501
Dustin Jordan 76216408

Brandon /

★EAGLES BEGA★78689408
Carlton Sandoval 11051-151
Branden Largo 00848-151
Cody Isvak 52836-509
Justin Mike 18903509 ★
Joseph Trujillo 44339-509 ☆
Aldon Corlos #152~

Jason Tallbull 1030146
Shane Mann 96829-408
RALPH ANTONE 31161208

April 6, 2023

I'm writing this letter to inform whom it may concern. First of all it's very heartbreaking to even think, let alone write this letter. Never would I have thought that the actions taken place would ever happen. I am a Native American from the state of Northern Arizona. My bloodline is 1/2 Hualapai Tribe and 1/2 Hopi Tribe. Both tribes are of the Northern Part of Arizona. I'm enrolled in the Hualapai Tribe, ID# 0000571, I grew up and still practice my traditional Teachings. I was taught the ways of obtaining Scared Items for Ceremonial use. The details to create our Scared Items. One of them is the Ceremoinal drums. It's not a textbook application nor a one, two, three step it, that can be bought at the local store Department. It varies in many ranges of the type, color, hide, cermonial songs to be sung with it, the times it comes out to be used in our Ceremony. And so much more. Above all the Spirtual Side of how to create a drum. The creator has to consider many spiritual steps and the season of the year to consist with, the stars and mother Earth to provide the materials to create a drum. The medicine to create the drums and in the end a created drum, like a new born baby, a beautiful creation. And the most important part, the primary purpose of

2

it's creation. To be used to sing hundred year old songs in ceremonial times. And just as a new born baby, it's HEARTBEAT. Every time the drum is struck it's the sole heartbeat of Mother Earth, who is our mother. The drum is alive and as we humans cannot live without a heart, so it is with the drum. I could go on and on as to the ways and methods of our Scared drums. We Native Americans never have a written down ways to create our Scared items. It's always been "oral" is how we are taught. A written record forbidden because of the mis use it can create for bad medicine. Our drums are always to help our Community, in what need is needed.(Eg. Rain) for Crops. It's never Selfish or use in a Negitive way. Always to bring blessing and unity. Our drums are like great great grandparents. Full of wisdom and alive. The utter disrespect done to our hand drums is "Murder" 2 counts. Just as losing a loved one, one goes through mourning and heartbreak. The pain and hurt i'm experiencing is felt to me in every way possible. I feel it physically, emotionally, spiritivally and mentally. I'm very much Heartbroken and still hurt. As many have said is "why?" "what have we done to deserve this?" The intent is very evidant. The hate expressed toward us, because

-5-

of who we are as Native American, or Indian or cause the color of our skin or the Hate cause of our ~~Singing~~ songs? It's a killshot to me a Native American man, to my tribe and my spirit. It feels like the past ~~Against~~ again as Native people. The ~~Genocide~~ Genocide of our Race. You don't even know how this has affected me, to be hated against and not feel as I'm a human being Among the human Race. I cannot let this be and must stand up to the Hate that has been expressed to me and all Native American. To toe "to" practice my traditions without opposition. As the Constitution of the United States protects me to do so.

Stanley Dashee
Reg. #- 46755408
Hualapai / Hopi Tribe.
Tribal ID# 00001571

Stanley Dashee
P.O. Box 663
Peach Springs, Az
    86434

= To Whom It May Concern =

     I writing this letter because at some time between 2-8-2023 to 2-24-2023, FCI Phoenix staff or guards went onto the Native American Ceremonial grounds to shake it down due to the institution being on lock down for events that the institution felt a need to search for contraband. That being said well this shake down two Hand Held Drums used for Native American Ceremonies every where was on the grounds which where made from hide, a wood base, & sinew, to tie the hide to the wood base sinew is tied to slits in the edges of the hide, where the sinew is used as a handle that is open to observe all function can be seen. That being said there would be no reason to cut the sinew from the drums, that are sacred to my culture, the Native American Heritage has been stripped from my ancestry. These Sacred Drums are used to show respect & love to mother earth & all that help shape life as it is today, so to have these two Drums destroyed in the manner they where, hurts my emotions & my thoughts of people that don't

Respect my cultures Religious Beliefs, which cause's me anger & hurt. Native American Culture is a beautiful Religion & a Peaceful Religion, to have some people handle the Sacred Drums in such a Hateful MANNER is enraging to me, but I choose a peaceful manner to express this at this time, cause I want my Heritage to matter to others as all Heritages should matter & respected. The treatment of these Two Sacred Drums is a Hate Crime & Should Be Treated like it. We have the First Amendment & the Fourteenth Amendment & the Native American Right to Exercise Religion Act, that the treatment of Native American Sacred Drums violate's. We want Justice.

Truly,

Wade
Duchoine

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS.

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Lister    Nicholas_     _56543-509_     _Pima-B_     _Phoenx, AZ_
      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** This Administrative request addresses the B-8's answer. by Counselor Quintana, whom did state that the matter could not be resolved at the "First B-P-8 level. Wherefore, I am now submitting this BP-10 to the next level. It is my contention and position that where this incident did occur during "(a lock-down-period)" which indicates that it could not have been perpetrated by an inmate. This is troubling, because it leaves only one alterna te alternative---e.g., (a Staff member). As I've stated, this indiscriminate behavior towards Native Americans, is wholly unacceptable and uncalled for by those whom are supposed to be trained and professional in nature. It disturbs me personally, as well as the Native American Community as a whole. Thus it is my assertion that those, or the person responsible for this religious atrocit should be held accountable, and disciplined for such aberrant behavior. As well this is not the first incident where Native Americans have been targeted as a group. Would you please look into this matter as it is unbecomming to all.

Respectfully,

_March 17, 2023_
         DATE                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____ DATE               WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**         CASE NUMBER: _____

                                     CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Warden Hiesner | DATE: March 10, 2023 |
|---|---|
| FROM:  R. Begay | REGISTER NO.:  89376-308 |
| WORK ASSIGNMENT:  unassigned | UNIT:  Pima-B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

On or about February 24, 2023 the Native American ceremonial drums where damaged beyond repair. During this time period, the prison was locked down, no prison population movement. The drums where used in religious ceremonies by our people. We are respectfully requesting, that the damage be treated as a hate crime. And respectfully request the following:

1) That an investigation be conducted, and the person or persons responsible be charged with with a hate crime. In the event that the responsible party/parties are BOP staff, We respectfully request termination of employment.  2) Replacement of our ceremonial drums immediately without hesitation. As we need our drums for religious practice during ceremony. 3) That, an outside representative from the Native American Community be made aware and included in the process of restoration.

Respectfully and Peacefully Submitted for Consideration,  /S/

R. Begay 89376-308

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86

ADRIAN
ANTONE
#20222508

TO WHOM IT MAY CONCERN

WHEN I FIRST HEARD OF OUR DRUMS BEING CUT, DAMAGED, DISRESPECTED AND TARNISHED MY HEART AND SPIRIT FELT BROKEN AND HURT. I COULD NOT UNDERSTAND WHY SOMEONE WOULD DECIDE TO DESTROY SOMETHING WE HOLD VERY SACRED BUT MOST IMPORTANTLY SOMETHING WE USE FOR RELIGIOUS PURPOSES. AS NATIVE AMERICAN PEOPLE THE DRUM IS OUR WAY OF LIFE. WE USE IT FOR RELIGIOUS CEREMONIES, WE USE IT FOR OUR NATIVE AMERICAN POW WOWS, WE USE IT TO DANCE TO, SING, TO HEAL BUT MOST IMPORTANTLY WE USE IT TO PRAY NOT ONLY FOR OUR SELVES BUT FOR OUR FAMILYS AND THE REST OF THE WORLD AS WELL THE DRUM IS A VERY DELICATE AND SPECIAL RELIGIOUS ITEM THAT WAS HAND CRAFTED AND MADE BY A NATIVE AMERICAN MEDICINE MAN (A HEALER). THE DRUM THAT WAS DESTROYED HAS BEEN USED FOR MANY YEARS AND HAS HELPED MANY NATIVE AMERICAN INMATES PRAY FOR THEM SELVES AS WELL AS THERE FAMILIES IN HOPES OF CORRECTING THERE LIVES PATH TO BECOME BETTER MEN. AS A NATIVE AMERICAN IT FELT LIKE A SLAP TO THE FACE TO KNOW, SEE AND FEEL THAT SOMEONE NO REMORSE AND NO REGARDS TO DESTROYN SOMETHING WE HOLD VERY DEAR AND SACRED TO OUR HEART MY HEART AND SPIRIT ARE STILL HURT BY THESE ACTIONS, BUT IT IS ALSO FILLED WITH QUESTIONS, ANGER AND BELITTLEMENT. I HOPE AND PRAY THAT YOU FIND IT IN YOUR HEART TO CORRECT THIS WRONG

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH KANSAS

BP-S148.055 **INMATE REQUEST TO STAFF**   CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Warden Hiesner | DATE: March 10, 2023 |
|---|---|
| FROM: R. Begay | REGISTER NO.: 89376-308 |
| WORK ASSIGNMENT: unassigned | UNIT: Pima-B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.)

On or about February 24, 2023 the Native American ceremonial drums where damaged beyond repair. During this time period, the prison was locked down, no prison population movement. The drums where used in religious ceremonies by our people. We are respectfully requesting, that the damage be treated as a hate crime. And respectfully request the following:

1) That an investigation be conducted, and the person or persons responsible be charged with with a hate crime. In the event that the responsible party/parties are BOP staff, We respectfully request termination of employment.  2) Replacement of our ceremonial drums immediately without hesitation. As we need our drums for religious practice during ceremony. 3) That, an outside representative from the Native American Community be made aware and included in the process of restoration.

Respectfully and Peacefully Submitted for Consideration,  /S/

R. Begay 89376-308

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

1330.18b
Attachment A

## REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION

**NOTICE TO INMATE:** Be advised that before filing a Request for Administrative Remedy form BP-229 (except as provided in 542.13(b)), you shall attempt to informally resolve your complaint through your Correctional Counselor. Briefly state the complaint below and list what efforts you have made to resolve your complaint informally. State names of staff contacted.

Inmate Name: Nicholas Lister                    Reg. No. 56543509

1. Complaint (*To be completed by the inmate*)

The Night of 2-24-2023 I've seen two drums strings cut. My rights to practice Freedom of Religion was violated. The Government continues to treat Native Americans like nothing. These officers crossed the line by cutting the line,

2. What have you have you done to informally resolve this issue?

Reported the Drums to Chaplin & summit forms. Amendments were violated.

3. Name(s) of staff you have contacted regarding this issue:

Chaplin Rice

4. What are you asking for (*Be specific*)

Answers. Find these officers & Fire them. Seeking Justice. Requesting an Advisor to see out our culture.

*********************************************************

## FOR STAFF USE ONLY

Informal resolution attempts made by correctional counselor:

Unable to resolve at the Unit team level. Refed to the Religion Services Department for remedy or response.

| | BP-8 Issued | BP-8 Returned | Was Informal Resolution Achieved Y or N | BP-9 Issued | Inmate turned in BP-9 |
|---|---|---|---|---|---|
| **Date:** | 3/10/23 | | | | |
| **Dept. Head sent to:** | Chaplain Rice | | | | |
| **Counselor Initials:** | | | | | |

Unit Manager Signature                                        Date

About the ceremony drums
That were destroyed by staff
well, it really hurt me bad i
hurt in my mind and my heart Im
So depressed by that. We pray with
these hand drums we sing in
prayer with these drums now
There destroyed I beleive in
these sacred Items they help
us to communicate with our
creator (Great Father) its disrespect
ful of them staff clan to cut
our drums to pieces Im really
devistated and hurt by there
actions emotionqal and mentally
hurt by it....,



White Eagle
Apache
mescalero

Miguel Casella
01636 506
yuma - 2332

My name is Justin Mike #18903-509. I am
a Native American man. I am incarcerated
at F.C.i Phoenix Arizona. Recently I feel
My peoples' rights to express our heritage
and traditions were neglected in an
unlawful and disrespectful manner.
Undeserving and unprovoked our drums
signifying the heartbeat of Mother
Earth were sliced along the sinew
straps that hold the hide taught across
face of the drums. I filled out a
BP. 8 as well as a BP. 9, but i feel
the response was an inadequate remedy
in comparison to the incident. I felt
like it was considered not important
enough in their minds as opposed to
another religions' practices. I felt
that were considered a second class
religion not as important to treated
seriously. I have learned to become
a better man. Spiritually, mentally, and
intellectually due to the medicine my
beliefs have taught me and I would
like to be treated the same as others'
beliefs. I would like to see a better

OR THIS SITUATION. WE
MISTAKES IT'S UP TO US AS
OW AND LEARN FROM THEM
SE SACRED INSTRUMENT
N IF I WOULD HAVE GROWN
J IN A POSITIVE WAY. IF
ANY OTHER RELIGIOUS RELIC
DESECRATED IT WOULD BE TAKEN
US. WE AS A PEOPLE HAVE
SELVES IN TIMES OF NEED
J NEED TO BE TREATED
ANY OTHER RELIGION

— JUSTIN MIKE
#18903509