# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Native American Ceremonial Drums Group, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Collette Peters, et al.,<br><br>　　　　Defendants. | NO. CV-23-01107-PHX-DJH (CDB)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 11, 2023, judgment of dismissal is entered. Plaintiffs to take nothing, and the complaint and action are dismissed without prejudice.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 11, 2023

　　　　　　　　　　　　　　　　　　s/ S. Ferdig
　　　　　　　　　　　　　By 　　Deputy Clerk